**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YONGLIANG DENG a/k/a DAVID DENG | No. 1:24-cr-140-SDN-2 |

**CONSENT MOTION TO CONTINUE TRIAL**
**AND SPEEDY TRIAL DEADLINES**

NOW COMES the United States of America, by and through Darcie N. McElwee, United States Attorney, and Andrew K. Lizotte, Assistant United States Attorney, with the consent of Defendant, Yongliang Deng a/k/a David Deng, by and through counsel, James Nixon, Esq., and hereby moves that the Court continue this case from the March 2025 trial list to the April 2025 trial list and that the speedy trial time from January 10, 2025 through April 3, 2025, be excluded from the speedy trial computations. The parties also request a corresponding extension of the motions and expert witnesses deadlines, to February 21, 2025 and March 5, 2025, respectively.

Defendant was indicted on December 11, 2024. A sealed arrest warrant issued, which was executed on December 12, 2024, in the Eastern District of New York. Defendant's case was removed from the Eastern District of New York and transferred to the District of Maine. Defendant was arraigned before this court on January 7, 2025, and entered pleas of not guilty. Pursuant to 18 U.S.C. § 3161(c)(1), "the trial of a defendant charged in an. . . indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the. . . indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

Discovery to be produced in the case will require sufficient time for review by defense counsel. The parties also require additional time to pursue discussions concerning the evidence and materials pertinent to the underlying charges. A continuance is sought, in part, to enable the parties' discussions to continue in that regard.

Defense counsel has discussed Defendant's Speedy Trial Act rights with him and Defendant understands those rights. Defendant knowingly and voluntarily waives his rights to speedy trial, and requests that the time up to the new trial date be excluded from the computation of time with regard to her statutory and constitutional rights to a speedy trial. A continuance of the trial date is therefore merited pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the parties respectfully request that the Court continue this case from the March 2025 trial list to the April 2025 trial list and that the speedy trial time from January 10, 2025 through April 3, 2025 be excluded from the speedy trial computations. The parties also request a corresponding extension of the motions and expert witnesses deadlines, to February 21, 2025 and March 5, 2025, respectively.

Dated: January 10, 2025

Respectfully submitted

DARCIE N. MCELWEE
United States Attorney

BY: /s/ ANDREW K. LIZOTTE
ANDREW K. LIZOTTE, AUSA

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Darcie N. McElwee
United States Attorney

BY: /s/ Andrew K. Lizotte
Andrew K. Lizotte
Assistant United States Attorney