**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Docket No. 1:24-cr-00140-JAW |
| | ) | |
| **YUANTONG LIANG,** a/k/a | ) | |
| **TONY LIANG** | ) | |

**JOINT STATUS REPORT**

**COME NOW,** Defendant Yuantong Liang, a/k/a Tony Liang (the "Defendant") and the United State of America, by and through their undersigned attorneys, and pursuant to the Court's July 7, 2026 Order, hereby submit the following status report concerning the remaining outstanding issues relating to the Defendant's sentencing.

Following the Court's presentencing conference, counsel for the Defendant and the Government have conferred and have identified the following issues that at this time they believe may require briefing in the parties' sentencing memoranda due to their effect on the Court's calculation of the sentencing guidelines:

1. Whether the St. Alban's property discussed in the Presentence Investigation Report ("PSR") is properly included as relevant conduct (Defendant's Objection No. 3 in the PSR);

2. The amount of the intended loss in this matter pursuant to U.S.S.G. § 2B1.1 (Defendant's Objection No. 4);

3. The amount of restitution owed, if any, pursuant to 18 U.S.C. § 3663A (Defendant's Objection No. 7);

4. Whether the Defendant utilized sophisticated means in committing the offenses pursuant to USSG § 2B1.1(b)(10)(c) (Defendant's Objection No. 5);

5. Whether the Bank Fraud Conspiracy and Maintaining a Marijuana Involved Premises counts should be grouped under USSG § 3D1.2 and § 3D1.3(b) (Defendant's Objection No. 8);

6. Whether the Defendant should be considered a manager or supervisor with respect to the Maintaining a Marijuana Involved Premises count pursuant to § USSG 3B1.1(b) (Defendant's Objection to PSR Paragraph No. 70); and

7. Whether the Defendant was a minor participant in the Maintaining a Marijuana Involved Premises count under USSG §3B1.2 (Defendant's Objection to PSR Paragraph No. 72).

At this time, neither party anticipates offering evidence on these issues and anticipates relying on the facts and information contained in the PSR.[1] Because the parties intend to continue their discussions in the hopes of further narrowing the issues to be presented in their respective sentencing memoranda, the parties respectfully request that the Court schedule a second pre-sentencing conference at its convenience.

Dated at Portland, Maine this 30th Day of July, 2026

/s/ Thimi R. Mina
Thimi R. Mina

/s/ Alfred C. Frawley IV
Alfred C. Frawley IV

MCCLOSKEY, MINA, CUNNIFF & FRAWLEY, LLC
12 City Center

[1] The Defendant initially lodged a number of objections to the PSR's description of the offense conduct based on the PSR's characterization of the Defendant's co-conspirators as mere "nominal" owners of the properties in question despite the fact that they were aware that the Defendant had filed mortgage applications in their name and that they were conveyed title to the properties. While the Prosecution Version accurately describes the Defendant's co-conspirators as "nominees of the Defendant" for purposes of the loan applications, the Defendant believes that the PSR erroneously extends this admission to the conclusion that the co-conspirators were only "nominal" owners of the properties with no right, title or interest therein. That being said, the Defendant will not press this objection because it will not affect the calculation of his sentencing guidelines.

Portland, Maine 04101
(207) 772-6805
tmina@lawmmc.com
afrawley@lawmmc.com

*Counsel for Yuantong Liang*

ANDREW B. BENSON
United States Attorney

BY: /s/ Alisa Ross
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401
(207) 945-0373
Alisa.Ross@usdoj.gov

## CERTIFICATE OF SERVICE

I, Alfred C. Frawley IV, hereby certify that on this 30th day of July, 2026, I electronically filed the foregoing **JOINT STATUS REPORT** with the CM/ECF system, which shall send notification of such filing to counsel of record for all parties.

Dated: July 30, 2026

/s/ Alfred C. Frawley IV

Alfred C. Frawley IV
MCCLOSKEY, MINA,
CUNNIFF & FRAWLEY, LLC
12 City Center
Portland, Maine 04101
Tel.: 207.772.6805
Fax: 207.879.9375
afrawley@lawmmc.com

*Counsel for Yuantong Liang*